13 So.2d 902

**D. C. WILCUTT v. STATE.**

6 Div. 975.

Court of Appeals of Alabama.
May 18, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

17 So.2d 190

**Charlie WILLIAMS v. STATE.**

6 Div. 10.

Court of Appeals of Alabama.
Dec. 14, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

14 So.2d 916

**C. W. WILLIAMS v. STATE.**

7 Div. 721.

Court of Appeals of Alabama.
June 1, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

17 So.2d 190

**George W. WILLIAMS v. STATE.**

3 Div. 861.

Court of Appeals of Alabama.
Feb. 8, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

18 So.2d 885

**Leopie WILLIAMS v. STATE.**

6 Div. 9.

Court of Appeals of Alabama.
June 13, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

13 So.2d 902

**Oscar WILLIAMS v. STATE.**

4 Div. 780.

Court of Appeals of Alabama.
April 6, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.